# UNITED STATES DISTRICT COURT

Southern          **DISTRICT OF**          Texas

**WAIVER OF INDICTMENT**

United States of America

v.

Case Number:

DANNENBAUM ENGINEERING CORPORATION
&
ENGINEERING HOLDING CORPORATION

**19 CR 795**

Defendant(s)

I, DANNENBAUM ENGINEERING CORPORATION & ENGINEERING HOLDING CORPORATION, the above-named defendant, who is accused of Making Contributions in the Name of Another [52 U.S.C. §§ 30109(d)(1)(D)(i) & 30122]

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on _____ prosecution by indictment and consent
                                   *Date*
that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
           Judicial Officer