USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**  **19 CR 795**

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

No. _____

USAO Number: 2015R19446

NOV - 4 2019

Magistrate Number:

CRIMINAL INFORMATION     Filed  David J. Bradley, Clerk of Court   Judge: *Rosenthal*

UNITED STATES of AMERICA

VS.

ATTORNEYS:

**RYAN K. PATRICK, USA**  (713) 567-9000

Carolyn Ferko, AUSA  (713) 567-9000

|  | | Appt'd | Private |
|---|---|---|---|
| DANNENBAUM ENGINEERING CORPORATIO | Johnny Sutton | ☐ | ☑ |
| & | Christopher Peele | ☐ | ☑ |
| ENGINEERING HOLDING CORPORATION | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Making Contributions in the Name of Another [52 U.S.C. §§ 30109(d)(1)(D)(i) & 30122]

PENALTY: Ct. 1: Not more than 2 years imprisonment and/or a fine not less than 300 percent of the amount involved in the violation and not more than the greater of (I) $50,000; or (II) 1,000 percent of the amount involved in the violation; 1 year SRT; $100 SA

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: