United States District Court
Southern District of Texas
**ENTERED**
November 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § | CRIMINAL NO: |
| v. | | |
| DANNENBAUM ENGINEERING CORPORATION | | **19 CR 795** |
| & | | |
| ENGINEERING HOLDING CORPORATION | | |

## ORDER FOR ISSUANCE OF NOTICE

A ___CRIMINAL INFORMATION___ has been filed against the defendant who is

☐ Released on Conditions   ☐ Detained   ☐ In Custody      It is

ORDERED that a notice be issued for the appearance of said defendant November 12, 2019

at  10 Am .

SIGNED at Houston, Texas, on  November 5 , 20 19 .

_____
UNITED STATES MAGISTRATE JUDGE