UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:19-CR-795 |
| | § | |
| DANNENBAUM ENGINEERING CORPORATION and | § § § | |
| | § | |
| ENGINEERING HOLDING CORPORATION, | § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

COMES NOW David R. Nimocks, each of whom is admitted to practice in this court, and hereby give Notice of Appearance as counsel in the above referenced matter on behalf of Dannenbaum Engineering Corporation and Engineering Holding Corporation.

Respectfully submitted,

/s/ David R. Nimocks
David R. Nimocks (Bar No. 24002695)
ASHCROFT SUTTON REYES LLC
919 Congress Avenue, Suite 1100
Austin, TX 78701
Phone: 512-370-1800
Fax: 512-727-8200
Email: animocks@ashcroftlawfirm.com
*Counsel for Dannenbaum Engineering Corporation*
*and Engineering Holding Corporation*

**Certificate of Service**

I hereby certify that on this, the 6th day of November 2019, copies of the foregoing were served on all registered parties via email and CM/ECF, concurrent with the filing of the same.

/s/ David R. Nimocks